

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00203-CV

———————————————

LESTER J. STRAIT, Appellant

V.

SAVANNAH COURT PARTNERSHIP; PSJ PROPERTIES, LTD.; V. PATRICK GRAY CUSTOM HOMES, INC.; HOME CREEK, L.L.C.; JMJ TORIAN PROPERTIES, L.L.C.; CHEATHAM PARTNERS; THE CITY OF SOUTHLAKE, TEXAS; LAURA HILL, IN HER OFFICIAL CAPACITY AS MAYOR OF THE CITY OF SOUTHLAKE; AND SHANA YELVERTON, IN HER OFFICIAL CAPACITY AS THE CITY MANAGER OF THE CITY OF SOUTHLAKE, Appellees

---

On Appeal from the 342nd District Court
Tarrant County, Texas
Trial Court No. 342-295089-17

---

Before Bassel, J.; Sudderth, C.J.; and Gabriel, J.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

This is an appeal from the trial court's order granting Appellees' motions for summary judgment that were based solely on collateral estoppel and res judicata. In two interrelated issues, Appellant Lester J. Strait argues that Appellees' summary judgments should be reversed because they were based on the preclusive effect of a prior judgment that was reversed on appeal. *See Strait v. Savannah Court P'ship*, 576 S.W.3d 802, 818 (Tex. App.—Fort Worth 2019, pet. denied) (*Strait I*). Appellees concede that their motions for summary judgment in the underlying lawsuit (*Strait II*) were based on preclusion doctrines and that this court's reversal of the final judgment in *Strait I* renders the summary judgments in the *Strait II* lawsuit improper. We agree with the parties that this appeal requires reversal. We therefore sustain Strait's issues, reverse the trial court's summary judgments, and remand the case to the trial court for a new trial. *See* Tex. R. App. P. 43.2(d); *see also Chase Home Fin., LLC v. SFTF Holdings, LLC*, No. 02-10-00423-CV, 2011 WL 2756175, at *1 (Tex. App.—Fort Worth July 14, 2011, no pet.) (mem. op.) (per curiam) (reversing and remanding after appellee agreed to the relief sought by appellant); *Smith v. Law Office of Dale A. Burrows, P.C.*, No. 02-10-00112-CV, 2010 WL 4056229, at *1 (Tex. App.—Fort Worth Oct. 14, 2010, no pet.) (mem. op.) (same).

Per Curiam

Delivered: February 6, 2020